```
                UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF MINNESOTA
```

In re:

Curtis C. Nelson,

        Debtor.

ORDER FOR RULE 2004 EXAMINATION

BKY 11-43113

At Minneapolis, Minnesota, May 25, 2011.

    This case is before the court on the motion of Crown Bank to allow it to conduct an examination pursuant to Federal Rule of Bankruptcy Procedure 2004.

    Based on the files and records,

    IT IS ORDERED: Crown Bank may examine Curtis C. Nelson pursuant to Federal Rule of Bankruptcy Procedure 2004.

                                  /e/ Robert J. Kressel
                                  ROBERT J. KRESSEL
                                  UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/25/2011*
Lori Vosejpka, Clerk, by LMH