UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Curtis C. Nelson,

      Debtor.

ORDER APPROVING
EMPLOYMENT OF BROKER

BKY 11-43113

_____

At Minneapolis, Minnesota, July 27, 2011.

Based on the application filed on July 26, 2011, by the debtor in possession pursuant to 11 U.S.C. § 327(a);

IT IS ORDERED:

The employment by the debtor in possession of Edina Realty, Inc., as his broker is approved.

/e/ Robert J. Kressel
_____
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/27/2011*
Lori Vosejpka, Clerk, by LMH