UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: )
)
CURTIS C. NELSON ) Bankruptcy #11-43113
)
) Chapter 11 Bankruptcy Case
)
_____

NOTICE OF HEARING ON
MOTION TO DISMISS OR CONVERT
_____

TO: The debtors, all creditors and other parties in interest:

On Wednesday, September 28, 2011, at 9:30 a.m., before the Honorable Robert J. Kressel, U.S. Bankruptcy Judge, in Courtroom 8 West, United States Courthouse, 300 S. Fourth Street, Minneapolis, Minnesota, the Court will hold a hearing to determine whether this case should be dismissed or converted.

Any response to this motion must be filed and delivered not later than September 23, 2011, which is five days before the time set for the hearing, including Saturdays, Sundays, and holidays. See Fed.R.Bankr.P. 9006 and Loc. R. Bankr. P. 9006-1(c). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

Dated: _July 29, 2011_____    CLERK OF BANKRUPTCY COURT

                                                   By:   _/e/ Sheila_____
                                                         Deputy Clerk