# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Curtis C. Nelson,

    Debtor.

Case No.: 11-43113

Chapter 11 Case

## DEBTOR'S RESPONSE TO MOTION TO CONVERT OR DISMISS

Curtis C. Nelson (the "Debtor") submits this response to the motion to dismiss this case or convert it to a Chapter 7 case filed by the United State Trustee.

1. Since filing this chapter 11 case, the Debtor has been unable to sell the real estate that is his most valuable asset for an amount sufficient to pay substantial indebtedness in excess of the senior mortgage debt. His prospects for reorganization had, in large part, depended on such a sale. In addition, the Debtor's continued health problems make it impossible for him to project income that would fund a plan with any degree of certainty.

2. As a result of the foregoing, the Debtor no longer believes that this case should proceed under chapter 11 and wishes to give notice that he has no objection to conversion to chapter 7.

Dated: September 27, 2011

HINSHAW & CULBERTSON LLP

By:    /e/ Joel D. Nesset
     Thomas G. Wallrich (213354)
     Joel D. Nesset (030475X)
     333 South Seventh Street, Suite 2000
     Minneapolis, MN 55402
     Telephone: 612-333-3434

ATTORNEYS FOR DEBTOR

121294717 0906146

## VERIFICATION

I, Curtis C. Nelson, the Debtor, hereby certify under penalty of perjury, that the statements contained in the foregoing Response to Motion to Dismiss or Convert are true and correct to the best of my knowledge, information, and belief.

Dated: September 27, 2011

_____
Curtis C. Nelson

121294717  0906146

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:  Case No.: 11-43113

Curtis C. Nelson,

           Debtor.

Chapter 11 Case

---

## PROOF OF SERVICE

---

      Linda M. Swanson, an employee of Hinshaw & Culbertson LLP, and in the course of said employment on September 27, 2011 caused the following documents:

    1.    Debtor's Response to Motion to Convert or Dismiss;

to be filed electronically with the Clerk of Court through ECF, and states that a copy of the above-referenced documents was delivered to the people listed below who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service or notice pursuant to Local Rule 9006-1(a).

| | |
|---|---|
| Michael Fadlovich | michael.fadlovich@usdoj.gov |
| David B Galle | dgalle@oppenheimer.com |
| Andrea M. Hauser | ahauser@losgs.com, swood@losgs.com |
| Kyle J Hegna | khegna@wilkersonhegna.com, mkavanaugh@wilkersonhegna.com |
| Christopher J Johnston | cjohnston@wilkersonhegna.com, mkavanaugh@wilkersonhegna.com |
| Brian F Leonard | bleonard@losgs.com, swood@losgs.com |
| Christopher K Loftus | c.loftus@gurstel.com, s.nelson@gurstel.com |
| Tyler K Olson | tolson@oppenheimer.com |
| Justin L Seurer | Justin@SeurerLaw.com |
| Rebecca G. Sluss | rsluss@oppenheimer.com |
| Will R. Tansey | wrtansey@ravichmeyer.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Jane Welch | jwelch@morrisonfenske.com, elundgren@morrisonfenske.com |

Dated: September 27, 2011            /s/ Linda M. Swanson
                                                  Linda M. Swanson