UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re: )
)
   CURTIS C. NELSON ) BKY 11-43113
)
) Chapter 11 Bankruptcy Case
)
_____

O R D E R OF CONVERSION
_____

     This case is before the court on the motion of the United States Trustee to dismiss or convert the case to one under chapter 7. Based on the motion and the file,

     IT IS ORDERED: This case is converted to a case under chapter 7.

Dated: September 28, 2011

                                         /e/ Robert J. Kressel
                                         ROBERT J. KRESSEL
                                       United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/28/2011*
Lori Vosejpka, Clerk, by LH