UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Curtis C. Nelson

Debtor(s)

Case No: 11–43113 – RJK

Chapter 7 Case

## POSTCONVERSION ORDER

This case was converted from a chapter 11 case to a chapter 7 case on September 28, 2011 This order is entered accordingly pursuant to Fed.R.Bankr.P. 1007(c), 1019(1) and 1019(6) and Local Rule 1019–1.

**IT IS THEREFORE ORDERED:**

1. The debtor(s) individually, or by its officers and directors or general partners if the debtor is a corporation or partnership, the attorney for the debtor(s), and the trustee if any in the chapter 11 case, are directed to file within 14 days after the date of this order:

**(a)** A Final Report Of Debtor As Debtor In Possession Upon Conversion Of Chapter 11 Case To Chapter 7 Case, the Final Report 11 – 7 form available on the court's website.

**(b)** An appropriate Matrix for mailing purposes stating all of the names and addresses of the unpaid entities listed in such final report as unpaid debts incurred during the chapter 11 case.

2. If a trustee was appointed in the chapter 11 case, the trustee shall also file a separate final report and account pursuant to Fed.R.Bankr.P. 1019(6) and 11 U.S.C.§ 1106(a)(1) within 14 days after the date of this order.

3. The clerk shall provide notice of this order on the debtor(s), the attorney for the debtor(s), the attorney for the committee of unsecured creditors, the trustee if any in the chapter 11 case, the trustee in the chapter 7 case, and the United States Trustee.

Dated: 9/28/11

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 28, 2011
Lori Vosejpka  Clerk, United States Bankruptcy Court
By: sheila Deputy Clerk

mnbpostc 12/01/2009 – pb