## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY No. 11-43113

Chapter 7

Curtis C. Nelson,

    Debtor.

---

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF AUCTIONEER
---

    1.    Applicant is the trustee in this case.

    2.    Applicant applies for approval of the employment of Fred W. Radde III and Fred W. Radde & Sons, Inc., as an auctioneer to pick up and sell at auction personal property of the estate.

    3.    The terms and conditions of the compensation and reimbursement of expenses are as follows: The agent will receive commission of 15% of gross sales price and will be paid expenses for pickup. Said fees and expenses to be withheld from the sale proceeds. Fred W. Radde III's has Dealer's License No. DLR23730 and Mr. Radde has Auctioneers Bond No. 016032980 through International Securities, Ltd.

    4.    Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, and other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except that he has provided services to the panel trustee in this case, and other panel trustees, in unrelated matters. Also, Mr. Radde viewed and inventoried pre-petition personal property of the Debtor on behalf of Crown Bank, which holds a large judgment against the debtor.

    WHEREFORE Applicant requests that the Bankruptcy Court approve such employment by the Trustee.

Dated: September 30, 2011                    /e/ Randall L. Seaver
                                                                              Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Curtis C. Nelson,

    Debtor.

BKY No. 11-43113

Chapter 7

---

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

I, Fred W. Radde III of Fred W. Radde & Sons, Inc., named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except that I have provided services to the panel trustee in this case, and other panel trustees, in unrelated matters and I also viewed and inventoried pre-petition personal property of the Debtor on behalf of Crown Bank, which holds a large judgment against the debtor.

3. I have the appropriate bonding and insurance coverage: Dealer's License No. DLR23730, Type - Auctions - Expires August 31, 2012. Auctioneer's Bond No. 016032980 for the term of February 1, 2011 to February 1, 2012 through International Sureties, Ltd., New Orleans, Louisiana.

Dated: September 30, 2011

FRED W. RADDE & SONS, INC.

By: _____
Fred W. Radde III
P.O. Box 70
New Germany, MN 55367-0070
(952) 442-1441

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                BKY No. 11-43113
                                                                                                      Chapter 7
Curtis C. Nelson,

    Debtor.

**ORDER**

The trustee's application to approve to the employment of Fred W. Radde III of Fred W. Radde & Sons, Inc., as an auctioneer came before the court. Based on the application, the recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code §327,

    IT IS ORDERED: The employment is approved.

Dated:

                                            Robert J. Kressel
                                            United States Bankruptcy Judge